UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
SHANNON JULIUS, as parent and natural guardian
of the minor, JAYSON V.,

                     Plaintiff,

-against-

CITY OF NEW YORK, et al,

                     Defendants.
---------------------------------------------------X

Case # 1:18-cv-04850

DECLARATION OF COUNSEL

TO:   The Court and all parties of record:

    That I am a partner in the law firm of RENFROE, DRISCOLL & FOSTER, LLP, the attorneys of record for the plaintiffs in the above captioned proceeding.

    That, with the consent of the plaintiffs, the law firm of RENFROE, DRISCOLL & FOSTER, LLP retained the law offices of VICTOR A. CARR & ASSOCIATES, to act as Trial Counsel to the firm in the handling of this action and to appear and act on behalf of the firm and the plaintiffs, with the understanding and agreement that any legal fees recovered in this action, which are based upon the one-third (1/3rd) contingency fee Retainer agreement with the plaintiffs, would be divided between the respective law firms with no additional charge to the plaintiffs.

    That I hereby waive the appearance of RENFROE, DRISCOLL & FOSTER, LLP at the Infant's Compromise Hearing scheduled before this Court on July 3, 2019 and consent to the appearance of CHRISTOPHER ARZBERGER, ESQ., of counsel to VICTOR A. CARR & ASSOCIATES, on behalf of the plaintiffs.

That the law firm of RENFROE, DRISCOLL & FOSTER, LLP hereby consents to the settlement of the within action as set forth in the Proposed Stipulation of Settlement submitted to the Court.

Dated:    Mineola, New York
          July 1, 2019

_____
Christopher Renfroe, Esq.

RENFROE, DRISCOLL & FOSTER
Attorneys for Plaintiff(s)
118-35 Queens Blvd., Suite 940
Forest Hills, New York 11375
Tele: (718) 261-5100